UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 5:15-cr-00312 |
| | : | |
| MIGUEL ANGEL CASTILLO, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 28th day of August, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. The motions for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), ECF Nos. 97 and 102, are **DENIED**.

2. The Opinion issued this date is **SEALED**.

3. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge